IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENO LEWIS HAWKINS, SR.,
    Petitioner,

vs.                                                   Case No.: 4:16cv568/RH/EMT

JULIE L. JONES,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1). Petitioner has now filed a document titled "Strike Order," in which he requests that the court "strike" his habeas petition (ECF No. 4). Respondent has not been served with the petition. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff's motion to "strike," or voluntarily dismiss, this case should be granted.

Accordingly, it is respectfully **RECOMMENDED**:

That Petitioner's "Strike Order" (ECF No. 4), construed as a notice of voluntary dismissal, be **GRANTED** and this action be dismissed without prejudice.

At Pensacola, Florida, this 12th day of October 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.:  4:16cv568/RH/EMT