# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GENO LEWIS HAWKINS, SR.,

      Petitioner,

v.                                CASE NO.  4:16cv568-RH/EMT

JULIE L. JONES,

      Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The petition is voluntarily dismissed without prejudice. The clerk must close the file.

SO ORDERED on November 11, 2016.

                        s/Robert L. Hinkle_____
                        United States District Judge